# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT "BOBBY" YARBOROUGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
STANELY JACOBS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JAMES WILLIAMS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
MARY LEACH WERNER, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY; ROBERT DAMPP,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; REMY VOISIN STARNS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
FIELDON KING "KING" ALEXANDER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
WILLIAM JENKINS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; TAYLOR PORTER
BROOKS & PHILLIPS LLP, WILLIAM SHELBY
MCKENZIE, INDIVIDUALLY; VICKI
CROCHET, INDIVIDUALLY; ROBERT "BOB"
BARTON, INDIVIDUALLY; LESLIE EDWIN
"LES" MILES, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; SCOTT WOODWARD, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
VERGE AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN
HER INDIVIDUAL AND OFFICIAL CAPACITY;
JOHN DOE (1-10) INDIVIDUALLY AND JANE
DOE (10-20) INDIVIDUALLY

NO.  2026 CW 0204

**FEBRUARY 19, 2026**

---

In Re:     Sharon Lewis and Attorney Larry English, applying for
           supervisory writs, 19th Judicial District Court, Parish
           of East Baton Rouge, No. 708092.

---

**BEFORE:     LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

                    WIL
                    EW
                    CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT